| | |
|---|---|
| 1 | JAMES R. MCGUIRE (CA SBN 189275) |
| 2 | NATALIE NAUGLE (CA SBN 240999)<br>MORRISON & FOERSTER LLP |
| 3 | 425 Market Street<br>San Francisco, California 94105-2482 |
| 4 | Telephone: 415.268.7000<br>Facsimile: 415.268.7522 |

Attorneys for Defendants
WELLS FARGO & COMPANY, WACHOVIA MORTGAGE CORPORATION, WACHOVIA BANK, N.A., WACHOVIA SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE V. RAGDE, JR. AND JENNIFER J. RAGDE, On Behalf of themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, WACHOVIA MORTGAGE CORPORATION, WACHOVIA BANK, N.A., WACHOVIA SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, WACHOVIA CORPORATION, and DOES 1-10 Inclusive,<br><br>Defendants. | Case No.   C 09-0226-SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

WHEREAS, on February 18, 2009, the parties submitted an amended stipulation to extend the defendants' time to respond to plaintiffs' initial complaint to April 2, 2009;

WHEREAS, the Initial Case Management Conference in this matter is currently scheduled for Friday, April 24, 2009 at 2:00 p.m.;

WHEREAS, the Parties' Rule 26(f) Report and Joint Case Management Statement are currently due April 17, 2009, 7 days prior to the Initial Case Management Conference;

**STIP FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CMC**
Case No.  C 09-0226 SI
sf-2661337

1

1  WHEREAS, the Parties are currently required to file ADR Certifications and a Stipulation
2  to ADR Process or Notice of Need for ADR Phone Conference by April 3, 2009, 21 days prior to
3  the Initial Case Management Conference;

4  WHEREAS, the Parties, through their counsel, have engaged in preliminary discussions
5  regarding the circumstances giving rise to the allegations in the complaint in the hope of resolving
6  the issues presented in plaintiffs' complaint without further litigation;

7  WHEREAS, the parties wish to continue that process without incurring unnecessary
8  expense;

9  IT IS HEREBY STIPULATED AND AGREED pursuant to Local Rule 6-1(a), and
10 Federal Rule of Civil Procedure 12(a), by and between plaintiffs Jorge V. Ragde, Jr. and Jennifer
11 J. Ragde and defendants Wells Fargo & Company, Wachovia Mortgage Corporation, Wachovia
12 Bank, N.A., Wachovia Securities, LLC, Wachovia Securities Financial Network, LLC, Wachovia
13 Corporation, through their respective attorneys, that the time by which defendants may plead or
14 otherwise respond to the Complaint shall be extended to and include **Monday, May 4, 2009**.

15 IT IS FURTHER STIPULATED AND AGREED pursuant to Northern District Local
16 Rules 6-2(a), 7-12, and 16-2(e), that the Initial Case Management Conference currently scheduled
17 for **Friday, April 24, 2009**, shall be continued to **Friday, May 29, 2009** or any date thereafter at
18 the Court's convenience. Additionally, in accordance with FRCP 26(f) and Local Rule 16-9(a),
19 the Parties Rule 26(f) Report and Joint Case Management Conference Statement will be due
20 seven (7) days prior to the rescheduled Initial Case Management Conference. The ADR
21 Certifications and a Stipulation to ADR Process or Notice of Need for ADR Phone Conference
22 will be due twenty-one (21) days prior to the rescheduled Initial Case Management Conference.

**STIP FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CMC**
Case No. C 09-0226 SI
sf-2661337

2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 30, 2009 | JEFFREY F. KELLER<br>DENISE L. DÍAZ<br>KELLER GROVER LLP. |
| 3 | | |
| 4 | | By   /s/ Denise L. Díaz |
| 5 | | Denise L. Díaz |
| 6 | | Attorneys for Individual and Representative Plaintiff JORGE V. RAGDE, JR. and JENNIFER J. RAGDE |
| 7 | | |
| 8 | Dated: March 30, 2009 | JAMES R. McGUIRE<br>NATALIE NAUGLE<br>MORRISON & FOERSTER LLP |
| 9 | | |
| 10 | | |
| 11 | | By   /s/ James R. McGuire<br>James R. McGuire |
| 12 | | Attorneys for Defendant WELLS FARGO & COMPANY, WACHOVIA MORTGAGE CORPORATION, WACHOVIA BANK, N.A., WACHOVIA SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, WACHOVIA CORPORATION |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   By: /s/ Susan Illston
Judge Susan Illston

**STIP FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CMC**
Case No. C 09-0226 SI
sf-2661337

3

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from Denise L. Diaz and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

Date: March 30, 2009   By   /s/ James R. McGuire
                              James R. McGuire

Attorneys for Defendant WELLS FARGO & COMPANY, WACHOVIA MORTGAGE CORPORATION, WACHOVIA BANK, N.A., WACHOVIA SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, WACHOVIA CORPORATION