| | |
|---|---|
| 1 | JAMES R. MCGUIRE (CA SBN 189275) |
| | NATALIE NAUGLE (CA SBN 240999) |
| 2 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 3 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 4 | Facsimile: 415.268.7522 |

Attorneys for Defendants
WELLS FARGO & COMPANY, WACHOVIA MORTGAGE CORPORATION, WACHOVIA BANK, N.A., WACHOVIA SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE V. RAGDE, JR. AND JENNIFER J. RAGDE, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, WACHOVIA MORTGAGE CORPORATION, WACHOVIA BANK, N.A., WACHOVIA SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, WACHOVIA CORPORATION, and DOES 1-10 Inclusive,<br><br>Defendants. | Case No.   C 09-0226-SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

WHEREAS, on February 18, 2009, the parties submitted an amended stipulation to extend the defendants' time to respond to plaintiffs' initial complaint to April 2, 2009;

WHEREAS, on March 30, 2009, the parties submitted a second stipulation to extend the defendants' time to respond to plaintiffs' initial complaint to May 4, 2009;

WHEREAS, on April 30, 2009, the parties submitted a third stipulation to extend the defendants' time to respond to plaintiffs' initial complaint to June 8, 2009;

**STIP FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CMC**
Case No.  C 09-0226 SI
sf-2695137

1

1  WHEREAS, the Initial Case Management Conference in this matter is currently scheduled
2  for Friday, July 10, 2009 at 2:30 p.m.;
3  WHEREAS, the Parties' Rule 26(f) Report and Joint Case Management Statement are
4  currently due July 2, 2009, 7 days prior to the Initial Case Management Conference;
5  WHEREAS, the Parties are currently required to file ADR Certifications and a Stipulation
6  to ADR Process or Notice of Need for ADR Phone Conference by June 19, 2009, 21 days prior to
7  the Initial Case Management Conference;
8  WHEREAS, the Parties, through their counsel, have engaged in an informal exchange of
9  information and continue to engage in productive settlement discussions in the hope of resolving
10 the issues presented in Plaintiffs' complaint without further litigation;
11 WHEREAS, the parties wish to continue that process without incurring unnecessary
12 expense;
13 IT IS HEREBY STIPULATED AND AGREED pursuant to Local Rule 6-1(a), and
14 Federal Rule of Civil Procedure 12(a), by and between plaintiffs Jorge V. Ragde, Jr. and Jennifer
15 J. Ragde and defendants Wells Fargo & Company, Wachovia Mortgage Corporation, Wachovia
16 Bank, N.A., Wachovia Securities, LLC, Wachovia Securities Financial Network, LLC, Wachovia
17 Corporation, through their respective attorneys, that the time by which defendants may plead or
18 otherwise respond to the Complaint shall be extended to and include **Wednesday, July 8, 2009**.
19 IT IS FURTHER STIPULATED AND AGREED pursuant to Northern District Local
20 Rules 6-2(a), 7-12, and 16-2(e), that the Initial Case Management Conference currently scheduled
21 for **Friday, July 10, 2009**, shall be continued to **Friday, August 7, 2009** or any date thereafter at
22 the Court's convenience. Additionally, in accordance with FRCP 26(f) and Local Rule 16-9(a),
23 the Parties Rule 26(f) Report and Joint Case Management Conference Statement will be due
24 seven (7) days prior to the rescheduled Initial Case Management Conference. The ADR
25 Certifications and a Stipulation to ADR Process or Notice of Need for ADR Phone Conference
26 will be due twenty-one (21) days prior to the rescheduled Initial Case Management Conference.
27
28

**STIP FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CMC**
Case No. C 09-0226 SI
sf-2695137

2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 4, 2009 | JEFFREY F. KELLER<br>DENISE L. DÍAZ<br>KELLER GROVER LLP. |
| 3 | | |
| 4 | | By     /s/ Denise L. Díaz |
| 5 | |          Denise L. Díaz |
| 6 | | Attorneys for Individual and Representative Plaintiff JORGE V. RAGDE, JR. and JENNIFER J. RAGDE |
| 7 | | |
| 8 | Dated: June 4, 2009 | JAMES R. McGUIRE<br>NATALIE NAUGLE<br>MORRISON & FOERSTER LLP |
| 9 | | |
| 10 | | |
| 11 | | By     /s/ James R. McGuire<br>        James R. McGuire |
| 12 | | Attorneys for Defendant WELLS FARGO & COMPANY, WACHOVIA MORTGAGE CORPORATION, WACHOVIA BANK, N.A., WACHOVIA SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, WACHOVIA CORPORATION |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

CMC on 8/7/09

Dated:                             By: _/s/ Susan Illston_____

                                           Judge Susan Illston

1 **GENERAL ORDER 45 ATTESTATION**

2     In accordance with General Order 45, concurrence in the filing of this document has been

3 obtained from Denise L. Diaz and I shall maintain records to support this concurrence for

4 subsequent production for the court if so ordered or for inspection upon request by a party.

5 Date: June 4, 2009                 By     /s/ James R. McGuire
                                                   James R. McGuire

Attorneys for Defendant WELLS FARGO & COMPANY, WACHOVIA MORTGAGE CORPORATION, WACHOVIA BANK, N.A., WACHOVIA SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, WACHOVIA CORPORATION

**STIP FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CMC**
Case No. C 09-0226 SI
sf-2695137

4