```
 1  JAMES R. MCGUIRE (CA SBN 189275)
    NATALIE NAUGLE (CA SBN 240999)
 2  MORRISON & FOERSTER LLP
    425 Market Street
 3  San Francisco, California  94105-2482
    Telephone: 415.268.7000
 4  Facsimile:  415.268.7522

 5  Attorneys for Defendants
    WELLS FARGO & COMPANY, WACHOVIA MORTGAGE
 6  CORPORATION, WACHOVIA BANK, N.A., WACHOVIA
    SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL
 7  NETWORK, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE V. RAGDE, JR. AND JENNIFER J. RAGDE, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, WACHOVIA MORTGAGE CORPORATION, WACHOVIA BANK, N.A., WACHOVIA SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, WACHOVIA CORPORATION, and DOES 1-10 Inclusive,<br><br>Defendants. | Case No.   C 09-0226-SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

WHEREAS, on February 18, 2009, the parties submitted an amended stipulation to extend the defendants' time to respond to plaintiffs' initial complaint to April 2, 2009;

WHEREAS, on March 30, 2009, the parties submitted a second stipulation to extend the defendants' time to respond to plaintiffs' initial complaint to May 4, 2009;

WHEREAS, on April 30, 2009, the parties submitted a third stipulation to extend the defendants' time to respond to plaintiffs' initial complaint to June 8, 2009;

**STIP FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND VACATING INITIAL CMC**
Case No.  C 09-0226 SI
sf-2709065

1

1  WHEREAS, on June 4, 2009, the parties submitted a fourth stipulation to extend the
2  defendants' time to respond to plaintiffs' initial complaint to July 8, 2009;
3  WHEREAS, the Initial Case Management Conference in this matter is currently scheduled
4  for Friday, August 7, 2009 at 2:30 p.m.;
5  WHEREAS, the Parties' Rule 26(f) Report and Joint Case Management Statement are
6  currently due July 31, 2009, 7 days prior to the Initial Case Management Conference;
7  WHEREAS, the Parties are currently required to file ADR Certifications and a Stipulation
8  to ADR Process or Notice of Need for ADR Phone Conference by Friday, July 17, 2009, 21 days
9  prior to the Initial Case Management Conference;
10  WHEREAS, the Parties, through their counsel, have reached an agreement in principle to
11  settle this matter and are in the process of drafting the settlement documentation;
12  IT IS HEREBY STIPULATED AND AGREED pursuant to Local Rule 6-1(a), and
13  Federal Rule of Civil Procedure 12(a), by and between plaintiffs Jorge V. Ragde, Jr. and Jennifer
14  J. Ragde and defendants Wells Fargo & Company, Wachovia Mortgage Corporation, Wachovia
15  Bank, N.A., Wachovia Securities, LLC, Wachovia Securities Financial Network, LLC, Wachovia
16  Corporation, through their respective attorneys, that the time by which defendants may plead or
17  otherwise respond to the Complaint shall be extended to and include **Friday, August 7, 2009**.
18  IT IS FURTHER STIPULATED AND AGREED pursuant to Northern District Local
19  Rules 6-2(a), 7-12, and 16-2(e), that the Initial Case Management Conference currently scheduled
20  for **Friday, August 7, 2009**, and all other case management deadlines, shall be vacated, pending
21  final resolution of this matter.

**STIP FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND VACATING INITIAL CMC**
Case No.  C 09-0226 SI
sf-2709065

2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 6, 2009 | JEFFREY F. KELLER<br>DENISE L. DÍAZ<br>KELLER GROVER LLP. |

Dated: July 6, 2009

JEFFREY F. KELLER
DENISE L. DÍAZ
KELLER GROVER LLP.

By    /s/  Jeffrey F. Keller
         Jeffrey F. Keller

Attorneys for Individual and Representative Plaintiff JORGE V. RAGDE, JR. and JENNIFER J. RAGDE

Dated: July 6, 2009

JAMES R. McGUIRE
NATALIE NAUGLE
MORRISON & FOERSTER LLP

By    /s/  James R. McGuire
         James R. McGuire

Attorneys for Defendant WELLS FARGO & COMPANY, WACHOVIA MORTGAGE CORPORATION, WACHOVIA BANK, N.A., WACHOVIA SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, WACHOVIA CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:                By: _____
                                            Judge Susan Illston

The initial case management conference has been continued to Friday, August 21, 2009, at 2:30 p.m.

**STIP FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND VACATING INITIAL CMC**
Case No. C 09-0226 SI
sf-2709065

3

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from Jeffrey F. Keller and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

Date: July 6, 2009          By          /s/ James R. McGuire
                                        James R. McGuire

Attorneys for Defendant WELLS FARGO & COMPANY, WACHOVIA MORTGAGE CORPORATION, WACHOVIA BANK, N.A., WACHOVIA SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, WACHOVIA CORPORATION