1  JAMES R. MCGUIRE (CA SBN 189275)
   NATALIE NAUGLE (CA SBN 240999)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile:  415.268.7522

5  Attorneys for Defendants
   WELLS FARGO & COMPANY, WACHOVIA MORTGAGE
6  CORPORATION, WACHOVIA BANK, N.A., WACHOVIA
   SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL
7  NETWORK, LLC

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12
   JORGE V. RAGDE, JR. AND JENNIFER J.          Case No.    C 09-0226-SI
13 RAGDE, On Behalf of Themselves and All
   Others Similarly Situated,                   **STIPULATION AND
14                                              [PROPOSED] ORDER FOR
                   Plaintiff,                    EXTENSION OF TIME TO
15                                               RESPOND TO COMPLAINT**
          v.
16
   WELLS FARGO & COMPANY, WACHOVIA
17 MORTGAGE CORPORATION, WACHOVIA
   BANK, N.A., WACHOVIA SECURITIES, LLC,
18 WACHOVIA SECURITIES FINANCIAL
   NETWORK, LLC, WACHOVIA
19 CORPORATION, and DOES 1-10 Inclusive,

20                 Defendants.

21
          WHEREAS, on February 18, 2009, the parties submitted an amended stipulation to extend
22
   the defendants' time to respond to plaintiffs' initial complaint to April 2, 2009;
23
          WHEREAS, on March 30, 2009, the parties submitted a second stipulation to extend the
24
   defendants' time to respond to plaintiffs' initial complaint to May 4, 2009;
25
          WHEREAS, on April 30, 2009, the parties submitted a third stipulation to extend the
26
   defendants' time to respond to plaintiffs' initial complaint to June 8, 2009;
27

28
   **STIP FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**                                    1
   Case No.  C 09-0226 SI
   sf-2721882

1    WHEREAS, on June 4, 2009, the parties submitted a fourth stipulation to extend the

2  defendants' time to respond to plaintiffs' initial complaint to July 8, 2009;

3    WHEREAS, on July 6, 2009, the parties submitted a fifth stipulation to extend the

4  defendants' time to respond to plaintiffs' initial complaint to August 7, 2009;

5    WHEREAS, the Initial Case Management Conference in this matter is currently scheduled

6  for Friday, August 21, 2009 at 2:30 p.m.;

7    WHEREAS, the Parties, through their counsel, have reached an agreement in principle to

8  settle this matter and are in the process of finalizing the settlement documentation;

9    IT IS HEREBY STIPULATED AND AGREED pursuant to Local Rule 6-1(a), and

10  Federal Rule of Civil Procedure 12(a), by and between plaintiffs Jorge V. Ragde, Jr. and Jennifer

11  J. Ragde and defendants Wells Fargo & Company, Wachovia Mortgage Corporation, Wachovia

12  Bank, N.A., Wachovia Securities, LLC, Wachovia Securities Financial Network, LLC, Wachovia

13  Corporation, through their respective attorneys, that the time by which defendants may plead or

14  otherwise respond to the Complaint shall be extended to and include **Friday, September 4, 2009**.

15    IT IS FURTHER STIPULATED AND AGREED pursuant to Northern District Local

16  Rules 6-2(a), 7-12, and 16-2(e), that the Initial Case Management Conference currently scheduled

17  for **Friday, August 21, 2009** shall be continued to **Friday, September 18, 2009.**  All other case

18  management deadlines shall be vacated, pending final resolution of this matter.

19

20

21

22

23

24

25

26

27

28

**STIP FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
Case No.  C 09-0226 SI
sf-2721882

2

1

2   Dated: August 5, 2009                 JEFFREY F. KELLER
                                          KATE SCANLAN
3                                         KELLER GROVER LLP.

4
                                          By        /s/  Kate Scanlan
5                                                      Kate Scanlan

6                                         Attorneys for Individual and Representative
                                          Plaintiff JORGE V. RAGDE, JR. and JENNIFER
7                                         J. RAGDE

8   Dated: August 5, 2009                 JAMES R. McGUIRE
                                          NATALIE NAUGLE
9                                         MORRISON & FOERSTER LLP

10
                                          By        /s/  James R. McGuire
11                                                    James R. McGuire

12                                        Attorneys for Defendant WELLS FARGO &
                                          COMPANY, WACHOVIA MORTGAGE
13                                        CORPORATION, WACHOVIA BANK, N.A.,
                                          WACHOVIA SECURITIES, LLC, WACHOVIA
14                                        SECURITIES FINANCIAL NETWORK, LLC,
                                          WACHOVIA CORPORATION
15
    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
16

17

18  Dated:   August 5, 2009              By: _____

19                                              IT IS SO ORDERED

20                                              Judge Susan Illston

21

22

23

24

25

26

27

28

**STIP FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
Case No.  C 09-0226 SI
sf-2721882

3

1                                    **GENERAL ORDER 45 ATTESTATION**

2          In accordance with General Order 45, concurrence in the filing of this document has been

3 obtained from Kate Scanlan and I shall maintain records to support this concurrence for

4 subsequent production for the court if so ordered or for inspection upon request by a party.

5 Date: August 5, 2009                  By          /s/ James R. McGuire

6                                                  James R. McGuire

7                                    Attorneys for Defendant WELLS FARGO & COMPANY, WACHOVIA MORTGAGE CORPORATION, WACHOVIA BANK, N.A.,

8                                    WACHOVIA SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC,

9                                    WACHOVIA CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIP FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
Case No.  C 09-0226 SI
sf-2721882

4