JAMES R. MCGUIRE (CA SBN 189275)
NATALIE NAUGLE (CA SBN 240999)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
WELLS FARGO & COMPANY, WACHOVIA MORTGAGE CORPORATION, WACHOVIA BANK, N.A., WACHOVIA SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE V. RAGDE, JR. AND JENNIFER J. RAGDE, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, WACHOVIA MORTGAGE CORPORATION, WACHOVIA BANK, N.A., WACHOVIA SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, WACHOVIA CORPORATION, and DOES 1-10 Inclusive,<br><br>Defendants. | Case No.   C 09-0226-SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

WHEREAS, on February 18, 2009, the parties submitted an amended stipulation to extend the defendants' time to respond to plaintiffs' initial complaint to April 2, 2009;

WHEREAS, on March 30, 2009, the parties submitted a second stipulation to extend the defendants' time to respond to plaintiffs' initial complaint to May 4, 2009;

WHEREAS, on April 30, 2009, the parties submitted a third stipulation to extend the defendants' time to respond to plaintiffs' initial complaint to June 8, 2009;

**STIP FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
Case No.  C 09-0226 SI
sf-2736035

1

1  WHEREAS, on June 4, 2009, the parties submitted a fourth stipulation to extend the
2  defendants' time to respond to plaintiffs' initial complaint to July 8, 2009;
3  WHEREAS, on July 6, 2009, the parties submitted a fifth stipulation to extend the
4  defendants' time to respond to plaintiffs' initial complaint to August 7, 2009;
5  WHEREAS, on August 5, 2009, the parties submitted a sixth stipulation to extend the
6  defendants' time to respond to plaintiffs' initial complaint to September 4, 2009;
7  WHEREAS, the Initial Case Management Conference in this matter is currently scheduled
8  for Friday, September 18, 2009 at 2:30 p.m.;
9  WHEREAS, the Parties, through their counsel, have reached an agreement in principle to
10 settle this matter and are in the process of finalizing the settlement documentation;
11 IT IS HEREBY STIPULATED AND AGREED pursuant to Local Rule 6-1(a), and
12 Federal Rule of Civil Procedure 12(a), by and between plaintiffs Jorge V. Ragde, Jr. and Jennifer
13 J. Ragde and defendants Wells Fargo & Company, Wachovia Mortgage Corporation, Wachovia
14 Bank, N.A., Wachovia Securities, LLC, Wachovia Securities Financial Network, LLC, Wachovia
15 Corporation, through their respective attorneys, that the time by which defendants may plead or
16 otherwise respond to the Complaint shall be extended to and include **Friday, October 9, 2009**.
17 IT IS FURTHER STIPULATED AND AGREED pursuant to Northern District Local
18 Rules 6-2(a), 7-12, and 16-2(e), that the Initial Case Management Conference currently scheduled
19 for **Friday, September 18, 2009** shall be continued to **Friday, October 23, 2009.** All other case
20 management deadlines shall be vacated, pending final resolution of this matter.

**STIP FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
Case No. C 09-0226 SI
sf-2736035

2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 4, 2009 | JEFFREY F. KELLER<br>KATE SCANLAN<br>KELLER GROVER LLP. |
| 3 | | |
| 4 | | By     /s/ Kathleen R. Scanlan |
| 5 | |           Kathleen R. Scanlan |
| 6 | | Attorneys for Individual and Representative Plaintiff JORGE V. RAGDE, JR. and JENNIFER J. RAGDE |
| 7 | | |
| 8 | Dated: September 4, 2009 | JAMES R. McGUIRE<br>NATALIE NAUGLE<br>MORRISON & FOERSTER LLP |
| 9 | | |
| 10 | | |
| 11 | | By     /s/ James R. McGuire<br>          James R. McGuire |
| 12 | | Attorneys for Defendant WELLS FARGO & COMPANY, WACHOVIA MORTGAGE CORPORATION, WACHOVIA BANK, N.A., WACHOVIA SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, WACHOVIA CORPORATION |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:                        By: _____
                                          Judge Susan Illston

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from Kathleen R. Scanlan and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

Date: September 4, 2009      By      /s/ James R. McGuire
                                       James R. McGuire

Attorneys for Defendant WELLS FARGO & COMPANY, WACHOVIA MORTGAGE CORPORATION, WACHOVIA BANK, N.A., WACHOVIA SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, WACHOVIA CORPORATION

STIP FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. C 09-0226 SI
sf-2736035

4