A-1

1   JAMES R. MCGUIRE (CA SBN 189275)
    NATALIE NAUGLE (CA SBN 240999)
2   MORRISON & FOERSTER LLP
    425 Market Street
3   San Francisco, California  94105-2482
    Telephone: 415.268.7000
4   Facsimile:  415.268.7522

5   Attorneys for Defendants
    WELLS FARGO & COMPANY, WACHOVIA MORTGAGE
6   CORPORATION, WACHOVIA BANK, N.A., WACHOVIA
    SECURITIES, LLC, WACHOVIA SECURITIES FINANCIAL
7   NETWORK, LLC

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12

13   JORGE V. RAGDE, JR. AND JENNIFER J.      Case No.    C 09-0226-SI
     RAGDE, On Behalf of Themselves and All
14   Others Similarly Situated,

15                      Plaintiff,           **STIPULATION OF VOLUNTARY
                                             DISMISSAL**
16          v.

17
     WELLS FARGO & COMPANY, WACHOVIA
18   MORTGAGE CORPORATION, WACHOVIA
     BANK, N.A., WACHOVIA SECURITIES, LLC,
19   WACHOVIA SECURITIES FINANCIAL
     NETWORK, LLC, WACHOVIA
20   CORPORATION, and DOES 1-10 Inclusive,

21                      Defendants.

22

23          Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiffs Jorge V.

24   Ragde, Jr. and Jennifer J. Ragde and defendants WELLS FARGO & COMPANY, WACHOVIA

25   MORTGAGE CORPORATION, WACHOVIA BANK, N.A., WACHOVIA SECURITIES, LLC,

26   WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, through their respective attorneys,

27   hereby stipulate and agree that the above-captioned action, which has not been certified as a class

28   action, be and hereby is dismissed with prejudice as to the plaintiffs' individual claims and

Case No. C 09-0226-SI                                                                  A-1

sf-2709281

A-2

1    without prejudice as to the claims, if any, of any and all putative class members.  The parties shall

2    bear their own costs.

3          SO STIPULATED.

4

5    Dated: _____, 2009              MORRISON & FOERSTER LLP

6                                      By: _____

7                                            James R. McGuire

8                                      Attorneys for Defendants
                                       WELLS FARGO & COMPANY,
9                                      WACHOVIA MORTGAGE
                                       CORPORATION, WACHOVIA BANK,
10                                     N.A., WACHOVIA SECURITIES, LLC,
                                       WACHOVIA SECURITIES FINANCIAL
11                                     NETWORK, LLC

12   Dated: October 7, 2009            KELLER GROVE LLP

13

14                                     By:   /s/ Jeffrey F. Keller
                                             Jeffrey F. Keller
15
                                       Attorneys for Plaintiffs
16                                     JORGE V. RAGDE, JENNIFER J. RAGDE

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 09-0226-SI

sf-2709281

1 without prejudice as to the claims, if any, of any and all putative class members. The parties shall

2 bear their own costs.

3       SO STIPULATED.

4

5 Dated: **10/7/09**, 2009       MORRISON & FOERSTER LLP

6                               By: _____

7                                  James R. McGuire

8                                  Attorneys for Defendants
                                 WELLS FARGO & COMPANY,

9                                  WACHOVIA MORTGAGE
                                 CORPORATION, WACHOVIA BANK,

10                                 N.A., WACHOVIA SECURITIES, LLC,
                                WACHOVIA SECURITIES FINANCIAL

11                                 NETWORK, LLC

12 Dated: _____, 2009      KELLER GROVE LLP

13

14                                 By: _____

15                                  Jeffrey F. Keller

16                                  Attorneys for Plaintiffs
                                 JORGE V. RAGDE, JENNIFER J. RAGDE

17

18

19

20

21

22

23                IT IS SO ORDERED

24

25                Judge Susan Illston

26

27

28

Case No. C 09-0226-SI                                               A-2
sf-2709281